FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 12, 2025

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ROSALBA CHAVEZ GARCIA,<br><br>               Plaintiff,<br><br>v.<br><br>PETER FLORES, KRISTI NOEM, and MARCO RUBIO,<br><br>               Defendants. | No. 1:25-CV-03054-MKD<br><br>ORDER GRANTING MOTION TO DISMISS<br><br>**ECF No. 8** |

      Before the Court is Defendants' Motion to Dismiss. ECF No. 8. After Defendants filed their reply brief, Plaintiff withdrew her brief in response to Defendants' motion and indicated she "does not oppose dismissal without prejudice." ECF No. 12 at 1. Given the lack of opposition to the motion, the Court grants Defendants' motion.

      Accordingly, **IT IS HEREBY ORDERED:**

      1. Defendants' Motion to Dismiss, **ECF No. 8**, is **GRANTED**.

      2. Plaintiff's Complaint, **ECF No. 1**, is **DISMISSED** without prejudice.

ORDER - 1

The District Court Executive is directed to file this Order, **enter judgment** for Defendants, provide copies to counsel, and **CLOSE THE FILE**.

DATED August 12, 2025.

<u>s/Mary K. Dimke</u>
MARY K. DIMKE
UNITED STATES DISTRICT JUDGE

ORDER - 2